United States District Court
Southern District of Texas
**ENTERED**
November 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NIDIA HIGAREDA-HUERTA,<br>    Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:16-cv-264<br>(Criminal No. 1:15-cr-465-2) |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 4) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Higareda-Huerta's "Motion Pursuant to 28 U.S.C. § 2255 to Vacate Set Aside Sentence in Light of Retroactive Effect of the Clarifying Amendment (794)" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this 17th day of November, 2016

Rolando Olvera
United States District Judge